IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS LEE SWYGERT,

    Petitioner,        No. CIV S-07-1797 MCE GGH P

   vs.

SUE HUBBARD, et al.,

    Respondents.       ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 16, 2008, the Ninth Circuit granted rehearing en banc in Hayward v. Marshall, 512 F.3d 536 (9th Cir. 2008). On May 21, 2008, respondent filed a request to stay proceedings pending the Ninth Circuit's decision in Hayward.

        Accordingly, IT IS HEREBY ORDERED that within ten days of the date of this order, petitioner shall show cause why this action should not be administratively stayed pending the Ninth Circuit's decision in Hayward v. Marshall, 512 F.3d 536 (9th Cir. 2008), *reh'g en banc granted,* __ F.3d __, No. 06-55392 (9th Cir. filed May 16, 2008).

DATED: 06/03/08                    /s/ Gregory G. Hollows

swy1197.osc                        UNITED STATES MAGISTRATE JUDGE