UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE SWYGERT, | 2:07–CV–01797–NRS |
| Petitioner, | |
| | ORDER |
| v. | |
| SUE HUBBARD, et al.., | |
| Respondent. | |

Petitioner Swygert is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Swygert challenges the Governor's decision reversing the 2006 decision by the California Board of Parole Hearings (BPH) finding him suitable for parole.

After Swygert's petition, the Ninth Circuit Court of Appeals granted rehearing en banc in *Hayward v. Marshall*, 512 F.3d 536 (9th Cir. 2008), *reh'g en banc granted*, 527 F.3d 797 (9th Cir. 2008), which may directly impact Swygert's petition.

On June 3, 2008, United States Magistrate Judge Gregory Hollows filed an order that petitioner show cause why this action should not be administratively stayed pending resolution of *Hayward*. On August 14, 2008, Judge Hollows filed Findings and

Recommendations, recommending that the court administratively stay this action pending resolution of *Hayward*. Neither party filed written objections to these findings and recommendation.

Accordingly, IT IS HEREBY ORDERED that this action is STAYED pending the Ninth Circuit's resolution in *Hayward*.

DATED:   **January 5, 2010**

_____
Honorable N. Randy Smith
Ninth Circuit Court of Appeals Judge