UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE SWYGERT,<br><br>Petitioner,<br><br>v.<br><br>SUE HUBBARD, et al..,<br><br>Respondent. | 2:07–CV–01797–NRS<br><br>ORDER |

Upon receipt and consideration of Respondent's Motion to Dismiss, IT IS HEREBY ORDERED that the Respondent need not file an Answer to the Petition unless further notified by the court.  Respondent's motion will be taken under advisement.

DATED:    **June 30, 2010**

_____
Honorable N. Randy Smith
Ninth Circuit Court of Appeals Judge