UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE SWYGERT,<br><br>Petitioner,<br><br>v.<br><br>SUE HUBBARD, et al..,<br><br>Respondent. | 2:07–CV–01797–NRS<br><br>ORDER |

On June 30, 2010, Respondent, Sue Hubbard, filed a motion to dismiss the petition as moot, based upon Swygert's recent release to parole on June 1, 2010. IT IS HEREBY ORDERED that Petitioner should file a response, no later than August 12, 2010, giving reason why Respondent's motion should not be granted.

DATED:   **July 12, 2010**

_____
Honorable N. Randy Smith
Ninth Circuit Court of Appeals Judge